# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:11PO154 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| CHRISTOPHER P. DUDAS, | : | |
| Defendant. | : | |

## ORDER AMENDING PROBATION CONDITIONS

The defendant appeared for a Probation Violation Hearing to answer to the Petition filed on May 1, 2013. The defendant with counsel admitted to the three violations at issue. For good cause shown, the Court hereby amends the defendant's probation, and adds the following conditions:

1. The defendant's probation shall be extended for 2 years for a total term of 3 years.

2. The defendant shall participate in the Home Detention component of the location monitoring program for a period of 30 days. The defendant shall be required to remain in his residence unless given permission in advance by the probation officer for approved activities. The defendant shall be monitored by the use of location monitoring technology at the discretion of the probation officer. The defendant shall abide by all of the requirements established by the probation office related to the use of this location monitoring technology. The defendant shall pay all or part of the costs of location monitoring based on his ability to pay as determined by the probation office.

3. The defendant shall participate in mental health/substance abuse counseling for the entire length of his probation.

4. The defendant must report to his probation officer on a weekly basis to be tested for alcohol. Such testing shall be done at the defendant's expense.

5. The defendant's driving privileges are limited for 6 months to driving to and from work, school, probation, and counseling. The Court will revisit this issue at a hearing to be held on Tuesday, November 12, 2013 at 2:30 p.m. in Courtroom 4.

6. With respect to the defendant's driving privileges, counsel shall submit the Defendant's schedule to the Court by Wednesday, May 15, 2013. Said filing may be made under seal so long as a copy is provided to probation officer Sebulsky.


May 13, 2013                                       s/Michael J. Newman
                                                   Michael J. Newman
                                                   United States Magistrate Judge

cc: Probation