IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO: 3:11-PO-00154 |
| Plaintiff, | * | MAGISTRATE JUDGE MICHAEL J. NEWMAN |
| -vs- | * | |
| CHRISTOPHER P. DUDAS<br>6442 Pleasant Valley Rd.<br>Dayton, OH 45424<br>ODL # RU385672<br>    EXP. 9/4/2014 | * | **AMENDED**<br>**ORDER FOR DRIVING PRIVILEG** |
| Defendant. | * | |

Upon application and for good cause shown, Defendant, **CHRISTOPHER P. DUDAS**, is hereby permitted driving privileges as follows until further order of the court:

- To and from graduate classes at Wright State University, 3640 Colonel Glenn Highway, Dayton, OH 45435:

  Weekend Seminars:
      5/17 Friday 5:00 p.m. - 9:00 p.m.
      5/18 Saturday 8:00 a.m. - 5:00 p.m.
      5/25 Saturday 8:00 a.m. - 5:00 p.m.
      6/21 Friday 5:00 p.m. - 9:00 p.m.
      6/23 Sun 8:00 a.m. - 5:00 p.m.
      7/12 Friday 5:00 p.m. - 9:00 p.m.
      7/13 Sat 8:00 a.m. -5:00 p.m.
  Regular weekly class:
      Monday - Thursday 11:40 a.m. -1:20 p.m.

- To and from probation meetings as scheduled by the probation officer.

- To and from therapy appointments - currently Tuesdays at 1:30 p.m. with Eric McLellan Mind Body Solutions, 1948 Whipp Rd., Suite A2, Kettering, OH 45440-4239.

No social driving is permitted. Plaintiff is to maintain liability insurance. Failure to maintain liability insurance shall void this order.

APPROVED:

_Michael Newman_
Magistrate Judge Michael J. Newman

May 15, 2013

BY:

/s/ Patrick A. Flanagan
PATRICK A. FLANAGAN (#0017658)
Attorney for Defendant
15 West Fourth Street, Ste. 100
Dayton, Ohio 45402
(937) 223-5200